UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-cr-00195-SEB-TAB ) |
| TONY MICHAEL, | ) -01 ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that Tony Michael's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of ninety (90) days in the custody of the Attorney General or his designee, with no supervised release to follow. The defendant is to be taken into immediate custody. Further, designation shall be expedited, and Mr. Michael shall be designated to a facility with due regard to his serious medical condition.

**SO ORDERED.**

Date: _____1/7/2022_____           _Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service